OWENS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. April 30, 1923.) No. 6352. In Error to the District Court of the United States for the Western District of Oklahoma. J. Q. A. Harrod, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under Rule 16 (188 Fed. xi, 109 C. C. A. xi), etc.

---

PEDROLI et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 15, 1923.) No. 6308. In Error to the District Court of the United States for the Eastern District of Missouri. Horace L. Dyer, of St. Louis, Mo., for plaintiffs in error. John C. Dyott, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, per stipulation.

---

PETERSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 11, 1922.) No. 6237. In Error to the District Court of the United States for the Western District of Missouri. P. D. Clear, of Kansas City, Mo., for plaintiff in error. C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

RAILWAY MAIL ASS'N v. PRUITT. (Circuit Court of Appeals, Eighth Circuit. December 14, 1922.) No. 6204. In Error to the District Court of the United States for the Western District of Missouri. James E. Sater, of Monett, Mo., and D. H. Kemp, of Cassville, Mo., for plaintiff in error. W. A. Gardner, of St. Louis, Mo., and Allyn Smith, of Monette, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

SECORD v. MORTON–GREGSON CO. (Circuit Court of Appeals, Eighth Circuit. March 8, 1923.) No. 6093. In Error to the District Court of the United States for the District of Nebraska. Andrew P. Moran, of Nebraska City, Neb., for plaintiff in error. W. F. Moran, of Nebraska City, Neb., and W. R. Brown, of Chicago, Ill., for defendant in error.

PER CURIAM. Judgment of this court December 4, 1922, vacated, and judgment of District Court reversed, without costs to either party in this court, and cause remanded, with directions to dismiss.

---

SECURITY ELEVATOR CO. v. MERCANTILE STATE BANK OF MINNEAPOLIS et al. (Circuit Court of Appeals, Eighth Circuit. March 20, 1923.) No. 6311. In Error to the District Court of the United States for the District of Minnesota. Harris Richardson, of St. Paul, Minn., for plaintiff in error. E. P. Allen and Clark R. Fletcher, both of Minneapolis, Minn., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, on motion of defendants in error, under Rule 16 (188 Fed. xi, 109 C. C. A. xi).